| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)** <br> Denise Carlon, Esq. <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> 215-627-1322 <br> dcarlon@kmllawgroup.com <br> Attorney for: VW Credit Leasing, Ltd. | Case No:  16-30605 JKS <br><br> Chapter: 13 |
| In Re: <br><br> Ramon Adolfo Batista <br><br>     Debtor. | Judge: John K. Sherwood |

Order Filed on July 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE**

The relief set forth on the following pages two (2) through three (3) is hereby ordered **ORDERED**.

**DATED: July 5, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Ramon Adolfo Batista
Case No.:      16-30605 JKS
Caption:       **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUME LEASE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd.,, upon a consent order to reinstate the automatic stay and assume the lease as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590, and with the consent of Mark Goldman, Esq., counsel for the Debtor, Ramon Adolfo Batista,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered April 18, 2018 (#31 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 VW Touareg Vr6 Se, VIN: WVGEF9BP0GD012067 is hereby reinstated; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume June 2, 2018, directly to Secured Creditor, VW Credit, Inc, PO Box 610353, Dallas, Texas 75261-0353; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall tender $45.00 directly to Secured Creditor at the address listed above for title and registration fees no later than July 31, 2018; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the Debtor does not purchase or return the vehicle by the lease maturity date, Secured Creditor may obtain an Order Vacating Automatic Stay by submitting a Certification of Default to the Court indicating that the subject vehicle has not been purchased or returned, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

Page 3
Debtor:        Ramon Adolfo Batista
Case No.:      16-30605 JKS
Caption:       **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE**

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $531.00 for attorneys' fees & costs, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject lease is hereby assumed.

I hereby agree and consent to the above terms and conditions:

Dated: 6/25/18

*Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:

Dated: 6/22/18

*Mark Goldman*
MARK GOLDMAN, ESQ., ATTORNEY FOR DEBTOR