| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Order Filed on July 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: VW Credit Leasing, Ltd.

Case No:    16-30605 JKS

Chapter: 13

In Re:

Ramon Adolfo Batista

    Debtor.

Judge:  John K. Sherwood

## CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE

The relief set forth on the following pages two (2) through three (3) is hereby ordered **ORDERED**.

**DATED: July 5, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:      Ramon Adolfo Batista
Case No.:    16-30605 JKS
Caption:     **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUME LEASE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd.,, upon a consent order to reinstate the automatic stay and assume the lease as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590, and with the consent of Mark Goldman, Esq., counsel for the Debtor, Ramon Adolfo Batista,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered April 18, 2018 (#31 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 VW Touareg Vr6 Se, VIN: WVGEF9BP0GD012067 is hereby reinstated; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume June 2, 2018, directly to Secured Creditor,VW Credit, Inc, PO Box 610353, Dallas, Texas 75261-0353; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall tender $45.00 directly to Secured Creditor at the address listed above for title and registration fees no later than July 31, 2018; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the Debtor does not purchase or return the vehicle by the lease maturity date, Secured Creditor may obtain an Order Vacating Automatic Stay by submitting a Certification of Default to the Court indicating that the subject vehicle has not been purchased or returned, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

Page 3
Debtor:       Ramon Adolfo Batista
Case No.:     16-30605 JKS
Caption:      **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE**

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $531.00 for attorneys' fees & costs, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject lease is hereby assumed.

I hereby agree and consent to the above terms and conditions:

Dated: 6/25/18

*Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:

Dated: 6/22/18

*Mark Goldman*
MARK GOLDMAN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Ramon Adolfo Batista  
    Debtor

Case No. 16-30605-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1         Date Rcvd: Jul 06, 2018
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
db             #+Ramon Adolfo Batista,   6435 Riverside Station Blvd,   Secaucus, NJ 07094-4423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mark Goldman    on behalf of Debtor Ramon Adolfo Batista yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
                                                                                              TOTAL: 4